UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                           No. 2:06-cv-0698-MCE-KJM

    Plaintiff,

  v.                                        **ORDER RE: SETTLEMENT AND DISPOSITION**

ROBERT S. LAIR, Individually and Doing Business as COVER ALL PROTECTIVE COVERS,

    Defendants.
_____/

    Pursuant to the representations of the attorney for Plaintiff, the Court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before July 12, 2006.

///
///
///
///
///
///

1 | Failure to comply with this Order may be grounds for the
2 | imposition of sanctions on any and all counsel as well as any
3 | party or parties who cause non-compliance with this Order.
4 | IT IS SO ORDERED.
5 | DATED: June 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE